827 A.2d 373

**Osvaldo ORTIZ–BENITEZ, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 29, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2003, probable jurisdiction is noted. The appeal is quashed as untimely. 42 Pa.C.S. 5571; Pa.R.A.P. 105(b).